**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSHUA NOWACZYK,

Plaintiff,

v. Case No. 8:25-cv-3113-KKM-AAS

AMERICAN GLASS
PROFESSIONALS, LLC,

Defendant.

---

**ORDER**

The United States Magistrate Judge recommends that I deny Plaintiff Joshua Nowaczyk's second amended motion for default judgment against American Glass Professionals, LLC. *See* R. & R. (Doc. 25). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and deny the motion for a default judgment.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue.

*Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation. Because this is the second denial of the plaintiff's motion for default judgment, the plaintiff must show cause why the complaint should not be dismissed with prejudice by September 8, 2026, in a brief no longer than seven pages. *See Surtain v. Hamlin Terrace Found.*, 789 F.3d 1239, 1245 (11th Cir. 2015) ("[A] motion for default judgment is like a reverse motion to dismiss for failure to state a claim."); *Blackburn v. Shire US Inc*, 18 F.4th 1310, 1317–18 (11th Cir. 2021), *certified question answered sub nom. Blackburn v. Shire U.S., Inc.*, 380 So. 3d 354 (Ala. 2022) (explaining that a district court is well within its discretion to order dismissal with prejudice where there have been repeated attempts to properly plead); *Surtain*, 789 F.3d at 1248 (11th Cir. 2015) ("Prior to dismissing an action on its own motion, a court must provide the plaintiff with notice of its intent to dismiss and an opportunity to respond.").

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 25) is **ADOPTED** and made a part of this Order for all purposes.

2. No later than **September 8, 2026**, the Plaintiff is **DIRECTED** to establish, in a paper not to exceed seven pages, why the Court should not dismiss the complaint with prejudice.

**ORDERED** in Tampa, Florida, on August 31, 2026.

Kathryn Kimball Mizelle
United States District Judge